AO 91 (Rev. 5/95) Criminal Complaint      **FELONY**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
**FILED**
*February 27, 2023*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**VS**

**RIVAS-Canales, Maria Del Carmen**
A098 121 346

**CRIMINAL COMPLAINT**

CASE NUMBER: B:23 - 188 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 25, 2023 in Cameron County, in the SOUTHERN District of TEXAS, defendant, an alien, did

knowingly, willfully, and in violation of law attempt to make an illegal entry into the United States by falsely claiming to be a citizen of the United States after having been previously deported, excluded, or removed, said defendant having not obtained the consent of the Attorney General and/or the Secretary of Homeland Security of the United States to make reapplication for admission into the United States,

in violation of Title __18__ United States Code, Section(s) __911__ and

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__.

I further state that I am a (n) U.S. Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to make an illegal entry into the United States through the pedestrian primary lanes at the Brownsville and Matamoros International Bridge in Brownsville, Texas by falsely claiming to be a citizen of the United States and presenting a State of Texas issued birth certificate bearing the name of Ana Lee De La Fuente to a Customs and Border Protection Officer. After further inspection, Customs and Border Protection Officers determined that the document presented by the defendant does not belong to her and that she is a citizen and national of El Salvador with no legal status to come to, enter, or to be in the United States. Further queries revealed the defendant was convicted of Illegal Re-Entry After Deportation in McAllen, TX on January 4, 2018 and has been previously deported from the United States to El Salvador multiple times with the last deportation being on March 9, 2018 via Houston, TX.
Defendant has $41.00 US Dollars and $240.00 Mexican Pesos in her possession.
Continued on the attached sheet and made a part hereof: ___:Yes  X :No

Signature of Complainant
Armando Espinoza Jr.

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

__February 27, 2023__    at    __BROWNSVILLE, Texas__
Date                                                           City and State
__Ronald G. Morgan U.S.MAGISTRATE JUDGE__
Name & Title of Judicial Officer                 Signature of Judicial Officer